ALANA W. ROBINSON
Acting United States Attorney
Katherine L. Parker, SBN 222629
Glen F. Dorgan, SBN 160502
Assistant United States Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: (619) 546-7634  Fax: (619) 546-7751
Email: katherine.parker@usdoj.gov

Attorneys for the Plaintiff UNITED STATES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATOSHI OSANAI, RIKIYA OSANAI, and ERINA OSANAI SHARP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.: 3:15-cv-01188-L-MDD<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties hereto, through their respective attorneys, hereby file this notice to inform the Court that the parties have reached an agreement to settle the matters alleged in Plaintiffs' Complaint. The parties are now executing the necessary paperwork to finalize settlement, issue payment, and prepare a joint motion to dismiss this action with prejudice.

Based upon the foregoing, it is respectfully requested that the Court vacate all current scheduling dates on the Court's calendar and stay this action for ninety (90) days to allow the parties sufficient time to execute the necessary settlement paperwork and issue

settlement payment.  Once settlement papers have been executed and payment issued, the parties will file a joint motion to dismiss this action with prejudice.

                                              Respectfully submitted,

DATED:  August 8, 2017            GOMEZ TRIAL ATTORNEYS

                                              *s/ Jeremiah A. Lowe*
                                              JEREMIAH A. LOWE

                                              Attorneys for Plaintiffs
                                              SATOSHI OSANAI, RIKIYA OSANAI, and ERINA OSANAI SHARP

DATED:  August 8, 2017            ALANA W. ROBINSON
                                              Acting United States Attorney

                                              *s/ Glen F. Dorgan*
                                              GLEN F. DORGAN
                                              Assistant United States Attorney

                                              Attorneys for Defendant
                                              UNITED STATES OF AMERICA